# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARLON LORENZO BROWN,

    *Petitioner*,

vs.

JOE LOMBARDO, *et al.,*

    *Respondents*.

2:17-cv-02811-GMN-VCF

ORDER

    Petitioner has not responded to the Court's show-cause order (ECF No. 3). The order directed petitioner to show cause in writing why the petition should not be dismissed without prejudice for lack of exhaustion and also based upon *Younger* abstention. The order set forth the relevant procedural background, the governing law, and the application of the law to the record presented. The order informed petitioner that if he did not timely respond to the order, the petition would be dismissed without further advance notice.

    IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice for lack of exhaustion and based upon *Younger* abstention.

    The Clerk of Court shall enter final judgment dismissing this action without prejudice.

DATED: January 18, 2018

                                              Gloria M. Navarro
                                              Chief United States District Judge